Mail body: Fwd: United States, District Court, eastern District of New York 225 Cadman Plaza East, Brooklyn, New York, 11201

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ JAN 2 2 2025 ★
BROOKLYN OFFICE

---------- Forwarded message ---------
From: **Tammy Osby** <talentedtcc521@gmail.com>
Date: Sat, Jan 4, 2025 at 12:53 PM
Subject: Fwd: United States, District Court, eastern District of New York 225 Cadman Plaza East, Brooklyn, New York, 11201
To: Tammy Osby <talentedtcc521@gmail.com>


---------- Forwarded message ---------
From: **Tammy Osby** <talentedtcc521@gmail.com>
Date: Fri, Jan 3, 2025 at 10:29 AM
Subject: Fwd: United States, District Court, eastern District of New York 225 Cadman Plaza East, Brooklyn, New York, 11201
To: Tammy Osby <talentedtcc521@gmail.com>


Letter to the court

---------- Forwarded message ---------
From: **Tammy Osby** <talentedtcc521@gmail.com>
Date: Tue, Dec 31, 2024 at 3:31 PM
Subject: United States, District Court, eastern District of New York 225 Cadma Plaza East, Brooklyn, New York, 11201
To: Tammy Osby <talentedtcc521@gmail.com>


Tammy S Osby,   Plaintiff

Against

The City of New York employees retirement system (NYCERS)
Letter to the court case number 22 – CV – 07643

Honorable LaSharn DeArcy Hall(LB)

On September 30th, 2024, you dismissed my case against the New York City employees retirement system. I requested to appeal your decision due to the fact that there was various inaccurate statements in the decision. Number one alleged that I failed to submit the income verification form 351 to the Nycers department. Please note I have never failed to do anything that I was supposed to do.
 I submitted the requested information each time along with supporting documentation, I gave copies of everything to the court during the review of my case.

I also requested to appeal your decision as a poor person, due to the fact that I'm struggling financially, and have a lot of medical bills due to recovering from breast cancer, you denied my request.

I was told by the clerks office in order to file the appeal I would have to pay $600 for just the filing fees, and I was contemplating doing so so I submitted my paperwork to the court to begin the process.

Due to the denial by you to file as a poor person and the fact that Nycers suspended my account once again they claim on December 18 I was unable to submit my appeal.

You did not allow me the opportunity as a Pro Se litigant with no legal help to apply as a poor person. I submitted my income information to you and even acknowledge that my IRS status is noncollectible which proves that I was financially incapable of filing.

I don't believe that it was a coincidence that about two weeks after my case was closed on September 30. It didn't take Nycers long according to them they alleged they sent me the first letter on October 10. Keep in mind that they alleged they sent three letters to me, however The only letter that I received from them was dated September 2024 I checked with the mail person And contacted my local post office and was assured that if a letter was sent to me in October 10 it should've been returned to sender when I questioned Nycers about that. They said they didn't have any

information.

As a previously stated in all my briefs to the court, while my case was going on, I'm supposed to receive a letter be given 60 days to submit my documentation before any suspension termination is done. I didn't. Like I stated I never received a letter, and the post office is already involved

on Monday, December 29 I called Nycers to find out why my account was suspended and I also requested to speak to a supervisor however as of today, Tuesday, December 31 after various request no supervisor or manager has called me back.

My pension has been suspended therefore This is the week of a major holiday and this issue has made it impossible for me to pay my rent, which means it will be late for the first time since I moved to Virginia Beach.

I spent $55 overnighting the requested documents to Nycers, I went into their system online and submitted all the requested income information on Saturday when I found out what was happening.

My direct deposit hasn't resumed nor has anybody and management spoken to me about this matter. As a result, I don't know when I'm going to receive my pension check.

I strongly believe if you would've taken the time and effort to take a real look at my case and all the supporting documentation that I submitted to you, you would've made a just decision in my case.

You have the capability to help people like myself who are People of color, disabled, senior citizens and retired civil servants however you feel to do so. you did nothing to help me, and as an insult to injury, you stated in your Decision that it was my fault that my pension was suspended three times which is while I brought suit against The City of New York.

This is the fourth time since I've moved to Virginia Beach that my pension has been suspended by Nycers. I'm a retired African-American female that served the city of New York and the state of New York very well for over 40 years and somebody with the power and authority to do something to help me, which was the court failed to do so.

I have to start all over again by filing complaint against the New York City retirement system, as I feel that this is definitely an act of retaliation.

I'm disturbed that your decision was very biased on my part and even if you decided against me, you could've ordered Nycers to stop playing with my livelihood or source of income.

I don't understand why after submitting income documentation, I wasn't given the opportunity to file an appeal. In addition, you questioned the amount of money that I requested as compensation. It's hard to put a price tag on paying and suffering so I figured three years worth of salary for the three times that they mess with my pension was a fair request, but I don't believe if I was a white female That I would've been questioning it at all

You could've made a difference in my case, but now I continue to be subjected to this type of harassment where the city can play with my pension that I work for years to achieve

If I was to pass away today or tomorrow, I'm quite sure that my brother who is my beneficiary will also have issues. There is no justice for people like me who are living in the system. I used to expect to come to the court for help, but now I see that there's no such thing as justice for people like myself who don't have money.

Furthermore, I realize my case is closed however, I just want you to realize that I don't feel my case was properly examined as I submitted documentation to back up everything that I stated, and the court had the power to help somebody like me .so I'm continuing to be harmed In a short period of time after you decided against my case

Submitted by Tammy Osby Pro Se plaintiff

information.

As a previously stated in all my briefs to the court, while my case was going on, I'm supposed to receive a letter be given 60 days to submit my documentation before any suspension termination is done. I didn't. Like I stated I never received a letter, and the post office is already involved

on Monday, December 29 I called Nycers to find out why my account was suspended and I also requested to speak to a supervisor however as of today, Tuesday, December 31 after various request no supervisor or manager has called me back.

My pension has been suspended therefore This is the week of a major holiday and this issue has made it impossible for me to pay my rent, which means it will be late for the first time since I moved to Virginia Beach.

I spent $55 overnighting the requested documents to Nycers, I went into their system online and submitted all the requested income information on Saturday when I found out what was happening.

My direct deposit hasn't resumed nor has anybody and management spoken to me about this matter. As a result, I don't know when I'm going to receive my pension check.

I strongly believe if you would've taken the time and effort to take a real look at my case and all the supporting documentation that I submitted to you, you would've made a just decision in my case.

You have the capability to help people like myself who are People of color, disabled, senior citizens and retired civil servants however you feel to do so. you did nothing to help me, and as an insult to injury, you stated in your Decision that it was my fault that my pension was suspended three times which is while I brought suit against The City of New York.

This is the fourth time since I've moved to Virginia Beach that my pension has been suspended by Nycers. I'm a retired African-American female that served the city of New York and the state of New York very well for over 40 years and somebody with the power and authority to do something to help me, which was the court failed to do so.

I have to start all over again by filing complaint against the New York City retirement system, as I feel that this is definitely an act of retaliation.

I'm disturbed that your decision was very biased on my part and even if you decided against me, you could've ordered Nycers to stop playing with my livelihood or source of income.

I don't understand why after submitting income documentation, I wasn't given the opportunity to file an appeal. In addition, you questioned the amount of money that I requested as compensation. It's hard to put a price tag on paying and suffering so I figured three years worth of salary for the three times that they mess with my pension was a fair request, but I don't believe if I was a white female That I would've been questioning it at all

You could've made a difference in my case, but now I continue to be subjected to this type of harassment where the city can play with my pension that I work for years to achieve

If I was to pass away today or tomorrow, I'm quite sure that my brother who is my beneficiary will also have issues. There is no justice for people like me who are living in the system. I used to expect to come to the court for help, but now I see that there's no such thing as justice for people like myself who don't have money.

Furthermore, I realize my case is closed however, I just want you to realize that I don't feel my case was properly examined as I submitted documentation to back up everything that I stated, and the court had the power to help somebody like me .so I'm continuing to be harmed In a short period of time after you decided against my case

Submitted by Tammy Osby Pro Se plaintiff

Tammy Asby
4116 Cantwell Drive
#102
Virginia Beach VA, 23452

U.S. POSTAGE PAID
FCM LETTER
VIRGINIA BEACH, VA 23462
JAN 13, 2025
$0.73
11201
RDC 99
S2324D500276-27

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ JAN 2 2 2025 ★
BROOKLYN OFFICE

United States District Court
Eastern District of N.Y.
Pro Se Unit
225 Cadman Plaza East
Brooklyn NY 11201
Attention Hon. LaShann DeArcy Hall

11201-183299